# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 11-17645-ELF

KEVIN FALLON

3520 CHURCHILL LANE
PHILADELPHIA, PA 19114

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KEVIN FALLON

    3520 CHURCHILL LANE
    PHILADELPHIA, PA 19114

Counsel for debtor(s), by electronic notice only.

    ELLIS B. KLEIN
    YOUNG,KLEIN & ASSOCIATES
    3554 HULMEVILLE RD  STE 102
    BENSALEM, PA 19020

        /S/ William C. Miller

Date: 5/9/2014      _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee