# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN FALLON                                    Chapter 13

                Debtor              Bankruptcy No. 11-17645-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

6-10-14

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
ELLIS B. KLEIN
YOUNG, KLEIN & ASSOCIATES
3554 HULMEVILLE RD STE 102
BENSALEM, PA 19020

Debtor:
KEVIN FALLON

3520 CHURCHILL LANE
PHILADELPHIA, PA 19114